# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

vs.  Crim. No. 4:96CR53-6

Fredrick Lamont Hartgrove

    On 12-29-2003 the above named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Fredrick Lamont Hartgrove be discharged from supervision.

Respectfully submitted,

by     s/ D. Mark Hall
    D. Mark Hall
    U.S. Probation Officer
    816 Highway 321, NW
    Hickory, NC 28601
    (828) 267-3512

Approved By:

    s/ Christine S. Nickel
Christine S. Nickel
Supervising U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: February 25, 2008

*signature*

Lacy H. Thornburg
United States District Judge